**Electronically Filed
Supreme Court
SCWC-18-0000612
19-APR-2023
11:36 AM
Dkt. 9 ODSAC**

SCWC-18-0000612

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KRISTINE L.T. MICHELS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000612; CASE. NO. 3DTA-18-00638)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Eddins, JJ.,
Circuit Judge Wong, in place of Nakayama, J., recused,
and Circuit Judge Chang, assigned by reason of vacancy)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (2017); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioner/Defendant-Appellant's application for writ of certiorari, filed April 14 2023, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2020) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED: Honolulu, Hawaiʻi, April 19, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Paul B.K. Wong

/s/ Gary W.B. Chang



2